UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-6123

Motion for: Withdrawal of counsel pursuant to Anders v. California, 386 U.S. 738 (1967)

Set forth below precise, complete statement of relief sought:
That appellate counsel be relieved pursuant to Anders v. California, 386 U.S. 738 (1967

Caption [use short title]

United States v. Shavarius Smith

MOVING PARTY: Paul Cuello
OPPOSING PARTY: United States

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: PaulSkipLaisure
OPPOSING ATTORNEY: AUSA Jocelyn J. Courtney Kaoutzanis
[name of attorney, with firm, address, phone number and e-mail]

1225 Franklin Avenue, Suite 325
Garden City, New York 11530
(571) 477-1003; pslaisure3@gmail.com

157 Church Street, 25th Floor
New Haven, CT 06510
203-821-3756; jocelyn.kaoutzanis@usdoj.gov

Court-Judge/ Agency appealed from: Hon. Janet Bond Arterton

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain): Anders Motion

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:

Signature of Moving Attorney:
_Paul Skip Laisure_  Date: 9-12-23   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Petitioner, | : | |
| -against- | : | No. 23-6123 |
| SHAVARIUS SMITH, | : | |
| Respondent. | : | |

-----------------------------------------------------------x

## DECLARATION OF PAUL SKIP LAISURE

PAUL SKIP LAISURE, PURSUANT TO 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Court's Criminal Justice Act appellate court panel and was appointed counsel to Shavarius Smith o on the above-captioned appeal.

2. I submit this declaration in support of a motion for an order pursuant to *Anders v. California*, 386 U.S. 738 (1967), relieving me as counsel on appeal on the ground that the record in this case presents no non-frivolous argument that can be raised to challenge Mr. Smith"s plea or sentence in this case.

3. Mr. Smith was convicted, upon a plea of guilty, on one count of unlawful possession of ammunition by a felon in violation of 18 U.S.C. § 922(g)(1) .

4.     As the accompanying brief demonstrates, I believe that there is no non-frivolous issue that can be raised on Mr. Smith's behalf. I have examined the district court record, including the plea and sentencing minutes, the Plea Agreement, the sentencing memoranda of counsel and attached exhibits, and the presentence investigation report and the District Court's Statement of Reasons. I also contacted Mr. Smith about the appeal and he has informed me he does not with to challenge his conviction. I also conducted research concerning the validity of the plea, the enforceability of Mr. Smith's waiver of the right to appeal, the propriety of the sentencing guideline calculations, and the legality of the sentence. I can find no basis for challenging either the plea or the sentence on any of those grounds.

5.     I have prepared a letter to Mr. Smith advising him that I am filing a motion to be relieved and his rights with respect to the motion. In the letter, I inform Mr. Smith that in the likely event the Court grants my motion, I will be discharged as his attorney, his appeal will be dismissed, and his sentence will be affirmed. I inform him that he may submit pro se papers to the Court in response to my Anders motion, and that he has several options available to him. I inform him that these options include (1) opposing my motion to be relieved; (2) requesting that the Court grant my motion to be relieved but assign other counsel to represent him on appeal; and (3) submitting a pro se brief setting forth what he believes to be the meritorious issues on appeal. I inform him that, under the Court's rules, if he wishes to submit papers in response to my motion, he must

notify the Court of his intention to do so within 14 days of his receipt of my motion. I am providing him with the address to which he can send mail to the Court stating that he wishes to file papers, and requesting a date within 91 days of his receipt of my motion to do so. Lastly, I am sending Mr. Smith true and correct copies of the motion and this Declaration and the Anders brief and Appendix.

6. WHEREFORE, for the foregoing reasons, I respectfully request that this Court enter an order relieving me as counsel to the appellant, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 8, 2023
Garden City, New York

*Paul Skip Laisure*
PAUL SKIP LAISURE
1225 Franklin Avenue, Suite 325
Garden City, New York 11530
(571) 477-1003
pslaisure3@gmail.com
Attorney for Defendant/Appellant

| | | |
|---|---|---|
| STATE OF NEW YORK ) | | **AFFIDAVIT OF SERVICE** |
| ) ss.: | | **BY MAIL** |
| COUNTY OF NEW YORK ) | | |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On September 12, 2023**

deponent served the within: **MOTION TO BE RELIEVED AS COUNSEL**

upon:

Mr. Shavarius Smith
76682-509
FCI McKean
6975 Route 59
Lewis Run, PA 16738

the address(es) designated by said attorney(s) for that purpose by depositing 1 true copy(ies) of same, in a postpaid properly addressed wrapper in a Post Office Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on September 12, 2023**

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026

Job# 323664